**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DANIEL BACH, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.                                                               Case No. 6:14-cv-1823-Orl-37KRS

GLADSTONE LAW GROUP, P.A.; and
NUSRAT MANSOOR;

        Defendants.

**ORDER**

This cause is before the Court *sua sponte*. In a Notice of Pendency of Related Cases (Doc. 19), Defendants advise that this action is related to *Sanchez v. Gladstone Law Group*, Case No. 14-CV-61070, which the *Sanchez* Plaintiffs filed in the U.S. District Court for the Southern District of Florida on May 5, 2014 (*Sanchez* Action). Upon review, the Court determined that the actions are related in that they assert a virtually identical class action claim against Gladstone for its purported violations of 15 U.S.C. § 1692(e)(10). The Court further determined that Gladstone is represented by the same attorneys in this action and in the *Sanchez* Action, but the counsel for Plaintiffs in the two actions differ. Nonetheless, the Plaintiffs in both actions seek class certification, and it appears that the Plaintiff in this action would be a member of the proposed class in the *Sanchez* Action, and the *Sanchez* Plaintiffs would similarly be members of the proposed class in this action. The *Sanchez* Court had closed the *Sanchez* Action based on a notice of settlement, but the *Sanchez* Plaintiffs recently requested that the *Sanchez* action be reopened. If the motion is granted, then it may be necessary to address whether the

actions should proceed separately.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants are **DIRECTED** to advise the Court when the *Sanchez* Court resolves the *Sanchez* Plaintiff's Motion to Reopen and when any other significant events occur in the *Sanchez* Action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 3, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record